IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Jose Waczewski,<br><br>    Plaintiff,<br><br>v.<br><br>Tempus Resorts International,<br>a Florida corporation,<br>and, Diamond Resorts International<br>Marketing, Inc.,<br>a Florida corporation,<br><br>    Defendants. | No. 6:12-cv-899-ORL-37GJK<br><br>**DEFENDANT DIAMOND RESORTS INTERNATIONAL MARKETING, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant Diamond Resorts International Marketing, Inc., by and through undersigned counsel, disclose that no other entity owns 10% or more of its stock.

DATED this 13th day of June, 2012.

SNELL & WILMER L.L.P.

By _____
Stephanie R. Leach
Bar No. 522171
Attorneys for Defendant Diamond Resorts
International Marketing, Inc.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Fax: (602) 382-6070
srleach@swlaw.com

15258401

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2012, I filed the Original of this document with the above Court via Federal Express, and mailed a copy of the foregoing document to the following:

Paul J. Morgan, Esq.
Morgan, White-Davis & Martinez, P.A.
1099 West Morse Blvd.
Winter Park, FL 32789
Attorneys for Plaintiff

*/s/ Nancy Byrne*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

15258401