# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Orlando Division

Jose Waczewski

        Plaintiffs,

v.

Tempus Resorts International

Diamond Resorts International Marketing, Inc.

        Defendant.

Case No. 6:12-CV-899-ORL-37GJK

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__x__ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

6:10-bk-20709-KSJ; Jointly Administered with Case Nos.
6:10-bk-20712-KSJ; 6:10-bk-20714-KSJ; 6:10-bk-20715-KSJ; 6:10-bk-20716-KSJ; 6:10-bk-20717-KSJ;
6:10-bk-20718-KSJ; 6:10-bk-20719-KSJ; 6:10-bk-20720-KSJ; 6:11-bk-03712-KSJ

____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: July 5, 2012

s/Stephanie R. Leach
Counsel of Record or Pro Se Party
Snell & Wilmer, One Arizona Center
Phoenix, AZ 85004; (602) 382-6000