IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE WACZEWSKI,                          CASE NO.: 6:12-cv-00899-RBD-GJK
an Individual,

       Plaintiff,

vs.

TEMPUS RESORTS INTERNATIONAL,
a Florida corporation,
and, DIAMOND RESORTS INTERNATIONAL
MARKETING, INC.,
a Florida corporation,

       Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CLAIMS AGAINST DEFENDANT TEMPUS RESORTS INTERNATIONAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby provides notice of voluntary dismissal without prejudice as to all claims against Defendant Tempus Resorts International.

DATED this 6th day of July, 2012.

                                            /s/ Paul J. Morgan
                                            Paul J. Morgan, Esq.
                                            Fla. Bar No. 341258
                                            Morgan, White-Davis, & Martinez, P.A.
                                            1099 West Morse Boulevard
                                            Winter Park, FL 32789
                                            Telephone: (407) 629-5300
                                            Fax: (407) 629-9364
                                            pmorgan@winterparklaw.com
                                            Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2012, I filed the Original of this document using the CM/ECF System, which will automatically give notice to the following attorneys of record by electronic means:

Stephanie R. Leach, Snell & Wilmer, LLP, One Arizona Center, 400 E. Van Buren, Phoenix, AZ 85004-2202.

/s/ Paul J. Morgan
Paul J. Morgan, Esq.
Fla. Bar No. 341258
Morgan, White-Davis, & Martinez, P.A.
1099 West Morse Boulevard
Winter Park, FL 32789
Telephone: (407) 629-5300
Fax: (407) 629-9364
pmorgan@winterparklaw.com
Attorney for Plaintiff